IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 14- 36868 |
| Victoria Grandys ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Bruce Black (Joliet) |

NOTICE OF MOTION

TO:   Victoria Grandys, 203 Center Parkway, Yorkville, IL 60560, *via US mail*

Trustee Glen Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, *via ECF clerk's electronic delivery system*

Wells Fargo Dealer Services, Po Box 19657 Irvine, CA 92623 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **May 6, 2016 at 10:00 a.m.**, I shall appear before the Honorable Judge Bruce Black at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on April 15, 2016 before the hour of 6:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  14- 36868 |
| Victoria Grandys | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Bruce Black (Joliet) |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Victoria Grandys, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on October 10, 2014 and her Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $565 for 1 month, then $454 for 59 months, with unsecured creditors receiving 10% of their unsecured claims.

4. The Debtor is seeking to modify her plan to surrender her 2010 Kia Sedona financed through Wells Fargo Dealer Services.

5. The Debtor's 2010 Kia Sedona requires extensive repairs and is currently not running. The vehicle needs a new engine, spark plugs, and has transmission problems. The estimate of repairs would be over $4,000 and the car has over 180,000 miles on it.

6. The Debtor seeks to modify her plan post-confirmation for the surrender of her 2010 Kia Sedona to Wells Fargo Dealer Services and for the trustee to stop making payments to Wells Fargo Dealer Services from the Chapter 13 plan until Wells Fargo Dealer Services

2

files an amended unsecured claim for the underlying loan, that Wells Fargo Dealer Services be treated as an unsecured creditor and allowed an unsecured deficiency claim.

WHEREFORE, DEBOR prays that this Honorable Court enter an order:

1. The 2010 Kia Sedona financed through Wells Fargo Dealer Services will be surrendered post-confirmation and that Wells Fargo Dealer Services will be allowed an unsecured deficiency claim.

2. Any other relief that this Court deems just and fit.

Dated: April 15, 2016　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ David H. Cutler
　　　　　　　　　　　　　　　　　　　　　　　　　David H. Cutler, esq.,
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor(s):
　　　　　　　　　　　　　　　　　　　　　　　　　Cutler & Associates, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　　　4131 Main St.
　　　　　　　　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (847) 673-8600