UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-36868
Victoria Grandys )
) Chapter: 13
) Honorable Bruce W. Black
) Joliet
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The 2010 Kia Sedona financed through Wells Fargo Dealer Services will be surrendered to Wells Fargo Dealer Services post-confirmation and Wells Fargo Dealer Services will be allowed an unsecured deficiency claim.

Enter: *[signature: Bruce W. Black]*

Dated: MAY 0 6 2016

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko